# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 8285

The person charged as Lizbett VARGAS now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Western District of Texas with Conspiracy/Alien Smuggling, Harboring Aliens and Aiding and Abetting, in violation of Title 8, United States Code, 1324(a)(1)(A)(v(I) and (B)(i); Title 8, United States Code, 1324(a)(1)(A)(iii) and Title 18, United States Code, 2.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: April 2, 2008.

[signature]
VICTOR ESPARZA
Special Agent, Immigration & Customs Enforcement
(Name)

Reviewed and Approved:

Dated: April 2, 2008

[signature]
JOHN F. WEIS
Assistant United States Attorney

FILED
APR 02 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## Western District of Texas - El Paso Division

UNITED STATES OF AMERICA

v.

Lizbeth Vargas

**WARRANT FOR ARREST**

CASE NUMBER: EP-06-CR-1665-FM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Lizbett Vargas
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Ct 1: Conspiracy /Alien Smuggling
Ct 4: Harboring Aliens

RECEIVED
UNITED STATES MARSHAL
06 SEP 7 P 2:47
WESTERN DISTRICT OF TEXAS
(EL PASO OFFICE)

in violation of Title 8 United States Code, Section(s) 1324

William G. Putnicki — Name of Issuing Officer

Clerk, U.S. District Court — Title of Issuing Officer

[signature] — Signature of Issuing Officer

August 29, 2006 El Paso, Texas — Date and Location

Bail fixed at $ DEATIN W/O BOND by U.S. Magistrate Judge Norbert J. Garney
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at CALEXICO, CA EAST PORT OF ENTRY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-29-08 | VICTOR ESPARZA SPECIAL AGENT ICE | Victor Esparza |
| DATE OF ARREST 3-29-08 | | |

1252414

U.S. Department of Justice
*United States Attorney*

SEALED

# United States District Court
## Western District of Texas

EP06CR1665

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. EP-06-CR- |
| v. | ) | |
| | ) | |
| LIZBETT VARGAS | ) | |
| | ) | |
| Defendant. | ) | |

FILED
2006 AUG 23 PM 3:07
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

**ORDER FOR BENCH WARRANT**

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this 23rd day of August, 2006.

______________________
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| LIZBETT VARGAS | To be Detained w/o Bond |

REV05/06

A true copy of the original, I certify,
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: ______ Deputy

JUDGE FRANK MONTALVO

FILED
2006 AUG 23 PM 3:0
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEX.
DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | Cause No. EP-06-CR-__________ |
| OFELIA MARQUEZ-CHAVEZ | § | |
| (aka Ofelia Deal; aka Ofelia Rivas) | § | VIOLATIONS: |
| MARIA LUISA CHAVEZ de GONZALEZ | § | CT 1: 8 USC § 1324 |
| (aka La China) | § | (Conspiracy/Alien Smuggling) |
| LUIS CARLOS FIERRO | § | CT 2: 8 USC § 1324(a)(1)(A)(iv) |
| (aka Guero; aka Jose L. Rivas) | § | (Encouraging and Inducing |
| MARIANO RODRIGUEZ-ARROYO | § | Alien Smuggling) |
| LUIS FERNANDO GONZALEZ-CHAVEZ | § | CT 3: 8 USC § 1324(a)(1)(A)(ii) |
| GABRIEL ALVAREZ-CARDENAS | § | (Transportation of Aliens) |
| (aka Gaby) | § | CT 4: 8 USC § 1324(a)(1)(A)(iii) |
| OVIDIO RIOS-ATEHORTUA | § | (Harboring Aliens) |
| JORGE REYNA-CASTANEDA (aka Shorty) | § | CT 5: 18 USC § 1956(h) |
| EFRAIN TORRES-ARMENDARIZ | § | (Money Laundering |
| JESUS JOSE VENEGAS | § | Conspiracy) |
| (aka Chuy; aka Jose Lopez) | § | |
| JOSE ERASMO IBANEZ-RODRIGUEZ | § | |
| (aka Jose Magallanes) | § | E P06CR1665 |
| CARLOS HUMBERTO REYES-HERNANDEZ | § | |
| (aka Mauricio) | § | |
| DANIEL NATIVIDAD RICO- ROSALES | § | |
| TITO ROMULADO HERNANDEZ | § | |
| LIZBETT VARGAS | § | |
| YOLANDA MONDRAGON | § | |
| (aka Yolanda Garcia) | § | |
| ARMANDO SOLANO CRUZ (aka Chino) | § | |
| REBECA ZAPEDA-CHAVEZ | § | |
| BRENDA HERNANDEZ-MONTOYA | § | |
| OSVALDO VILLALBA-ESPARZA | § | |
| (aka Jarocho) | § | |
| | § | |
| continued next page | § | |

**JOSEPHINA ALVAREZ-CARDENAS §**
**(aka Pina) §**
**JOSE GUADALUPE VILLANUEVA-CARREON §**
**(aka Pepe) §**
**CAROLINA OLIVARES-OCHOA, §**
**JAMES CAMPOS-VASQUEZ §**
**(aka Jimmy), §**
**MARIA ESTHER COHEN DE FOSTER §**
**JESUS GUADALUPE YANEZ §**
**(aka Don Lupe), and §**
**JESUS GONZALEZ-SORIANA §**
**(aka Chuy) §**

THE GRAND JURY CHARGES:

**COUNT ONE**
**(18 U.S.C. § 1324(a)(1)(A)(v)(I) and (B)(i) - Conspiracy/Alien Smuggling**

Beginning on or about June 20, 2002, and continuing to and including the date of this indictment, in the Western District of Texas, the District of New Mexico, and elsewhere, defendants,

**OFELIA MARQUEZ-CHAVEZ (aka Ofelia Deal),**
**MARIA LUISA CHAVEZ de GONZALEZ (aka La China),**
**LUIS CARLOS FIERRO (aka Guero; aka Jose L. Rivas),**
**MARIANO RODRIGUEZ-ARROYO,**
**LUIS FERNANDO GONZALEZ-CHAVEZ,**
**GABRIEL ALVAREZ-CARDENAS (aka Gaby),**
**OVIDIO RIOS-ATEHORTUA,**
**JORGE REYNA CASTANEDA (aka Shorty)**
**EFRAIN TORRES-ARMENDARIZ,**
**JESUS JOSE VENEGAS (aka Chuy; aka Jose Lopez),**
**JOSE ERASMO IBANEZ-RODRIGUEZ,**
**CARLOS HUMBERTO REYES-HERNANDEZ (aka Mauricio),**
**DANIEL NATIVIDAD RICO,**
**TITO ROMULADO HERNANDEZ,**
**LIZBETT VARGAS,**
**YOLANDA MONDRAGON (aka Yolanda Garcia),**
**ARMANDO SOLANO CRUZ (aka Chino),**
**REBECA ZAPEDA-CHAVEZ,**

**BRENDA HERNANDEZ-MONTOYA,**
**OSVALDO VILLALBA-ESPARZA (aka Jarocho),**
**JOSEPHINA ALVAREZ-CARDENAS (aka Pina), and**
**JOSE GUADALUPE VILLANUEVA aka Pepe),**

knowingly and intentionally conspired, combined, confederated and agreed together and with each other, and with others known and unknown to the Grand Jury, to commit offenses against the United States, namely:

(A) To encourage and induce aliens to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence was and would be in violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv);

(B) To bring to and attempt to bring to the United States aliens, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii);

(C) To transport and move, and attempt to transport and move, certain aliens within the United States by means of transportation or otherwise, knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, in furtherance of such violation of law and for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii); and

(D) To conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, certain aliens, knowing and in reckless disregard of the fact that such aliens had come to, entered, and remained in the United States in violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that:

1. Beginning on or about June 20, 2002, defendants together with others, devised a plan to smuggle undocumented aliens into the United States.

2. In order to so, defendants established a network of smugglers and transporters, including highway and checkpoint scouts, local and interior transporters, recipients of monetary wire transactions, safe house operators, border crossing guides, and brokers of safe passage.

3. Defendants charged undocumented aliens in order to illegally cross the alien into the United States and, in some instances, to transport them to the interior of the United States.

4. In order to secure passage through the immigration checkpoints, defendants offered bribes and gratuities to Border Patrol Agents stationed at the checkpoints.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy and to effect the objectives thereof, within the Western District of Texas and elsewhere, the defendants, together with others known and unknown to the Grand Jury, committed and caused to be committed the following overt acts:

<u>Overt Act 1</u> On or about June 20, 2002, defendant LUIS CARLOS FIERRO provided a vehicle to be used to transport eleven (11) undocumented aliens by Interstate 25 from the El Paso, Texas area to the interior of the United States.

<u>Overt Act 2</u> Between on or about February 13, 2003, and on or about February 14,

2003, defendants LUIS CARLOS FIERRO and OFELIA MARQUEZ-CHAVEZ harbored fifteen (15) undocumented aliens at an address in El Paso, Texas, while attempting to coordinate transportation into the interior of the United States.

**Overt Act 3** On or about February 14, 2003, defendant MARIA LUISA CHAVEZ DE GONZALEZ harbored eleven (11) undocumented aliens at an address in El Paso, Texas.

**Overt Act 4** On or about May 9, 2003, an unindicted coconspirator transported eight (8) undocumented aliens from El Paso, Texas into New Mexico.

**Overt Act 5** On or about May 14, 2003, defendant LUIS CARLOS FIERRO harbored twenty-eight (28) undocumented aliens at an address in El Paso, Texas.

**Overt Act 6** On or about June 30, 2003, defendant LUIS CARLOS FIERRO conducted negotiations with an undercover agent regarding the transportation of a group of undocumented aliens from El Paso, Texas to Albuquerque, New Mexico.

**Overt Act 7** On or about July 6, 2003, defendant LUIS CARLOS FIERRO contacted the undercover agent and instructed him to contact defendant JOSE IBANEZ-RODRIGUEZ about transporting a group of undocumented aliens the following day.

**Overt Act 8** On or about July 7, 2003, defendant JOSE IBANEZ-RODRIGUEZ, told undercover agents he had a group of nine (9) undocumented aliens at a motel in El Paso, Texas who needed transportation to Albuquerque, New Mexico.

**Overt Act 9** On or about July 7, 2003, defendant JOSE IBANEZ-RODRIQUEZ, paid the undercover agents $2,700 to transport the aliens to Albuquerque, New Mexico, where defendant JOSE IBANEZ-RODRIGUEZ would again take custody of them.

**Overt Act 10** On or about November 2003, defendant LUIS CARLOS FIERRO recruited an unindicted co-conspirator to transport aliens into the interior of the United States.

**Overt Act 11** On or about January 15, 2004, defendants LUIS CARLOS FIERRO and TITO ROMULADO HERNANDEZ met with the unindicted co-conspirator referred to in Overt Act 10 regarding the transportation of ten (10) undocumented aliens into the interior of the United States. At that meeting, defendant LUIS CARLOS FIERRO provided the unindicted co-conspirator with a cell phone to communicate with him and $1,300 to purchase bus tickets for the undocumented aliens after they reached Dallas, Texas.

**Overt Act 12** On or about March 23, 2004, defendant LIZBETT VARGAS rented a vehicle to be used to transport undocumented aliens into the interior of the United States.

**Overt Act 13** On or about May 25, 2004, defendants LUIS CARLOS FIERRO and MARIANO RODRIGUEZ-ARROYO met with undercover agents to arrange transportation for eleven (11) undocumented aliens "belonging to" defendant OFELIA MARQUEZ-CHAVEZ from El Paso, Texas to Albuquerque, New Mexico. Defendant LUIS CARLOS FIERRO promised to pay the undercover agents $350 for each undocumented alien transported.

**Overt Act 14** On May 27, 2004, defendant MARIANO RODRIGUEZ-ARROYO met with the undercover agents at a location in El Paso, Texas where defendant MARIANO RODRIGUEZ-ARROYO gave the undercover agents a partial payment of

$2,500 to transport aliens, stating they would receive the rest of the money after the undocumented aliens arrived in New York City, New York. Defendant MARIANO RODRIGUEZ-ARROYO further instructed the undercover agents to pick up the undocumented aliens at a certain location in El Paso, Texas.

**Overt Act 15** On or about May 27, 2004, acting on instructions from defendant LUIS CARLOS FIERRO, the undercover agents contacted defendant YOLANDA MONDRAGON to arrange for the delivery of the undocumented aliens REFERRED TO IN Overt Act 14.

**Overt Act 16** On or about May 27, 2004, defendant YOLANDA MONDRAGON met with the undercover agents at a location in Albuquerque, New Mexico to accept delivery of the undocumented aliens referred to in Overt Act 14.

**Overt Act 17** On or about August 2, 2004, defendant JESUS JOSE VENEGAS requested defendant LUIS CARLOS FIERRO to check on a certain undocumented alien being housed at a motel in El Paso, Texas.

**Overt Act 18** On or about August 3, 2004, defendants LUIS CARLOS FIERRO, JESUS JOSE VENEGAS, and JORGE REYNA-CASTANEDA harbored fourteen (14) aliens at a motel in El Paso, Texas.

**Overt Act 19** On or about August 3, 2004, defendant OFELIA MARQUEZ-CHAVEZ instructed defendant LUIS CARLOS FIERRO to check on two (2) undocumented aliens being housed at the Hotel Moran in Ciudad Juarez, Chihuahua, Mexico while they waited to be smuggled into the United States.

**Overt Act 20** On or about August 4, 2004, defendant MARIA LUISA CHAVEZ DE

GONZALEZ spoke with defendant LUIS CARLOS FIERRO concerning smuggling the two undocumented aliens referred to in Overt Act 19 into the United States from Mexico and transporting them to Chicago, Illinois.

**Overt Act 21** On or about August 4, 2004, defendant LUIS CARLOS FIERRO contacted defendant JESUS JOSE VENEGAS to confirm the aliens referred to in Overt Act 19 would be smuggled into the United States that day. Defendant JESUS JOSE VENEGAS confirmed to defendant LUIS CARLOS FIERRO that his guides were scouting the border to determine if Border Patrol was in the area.

**Overt Act 22** On or about August 4, 2004, defendant CARLOS REYES-HERNANDEZ telephoned defendant LUIS CARLOS FIERRO to confirm the aliens referred to in Overt Act 19 would be smuggled into the United States that day. In a subsequent telephone conversation that same day, defendant LUIS CARLOS FIERRO confirmed to defendant CARLOS HUMBERTO REYES-HERNANDEZ that he (FIERRO) was sending a total of six (6) aliens.

**Overt Act 23** On or about August 5, 2004, an unindicted coconspirator attempted to smuggle thirty-five (35) aliens across the Rio Grande River from Mexico into the United States near Fabens, Texas.

**Overt Act 24** On or about August 5, 2004, defendant LUIS CARLOS FIERRO telephoned defendant MARIA LUISA CHAVEZ DE GONZALEZ to discuss the apprehension of the thirty-five aliens referred to in Overt Act 23.

**Overt Act 25** On or about August 5, 2004, defendant LUIS CARLOS FIERRO telephoned defendant CARLOS HUMBERTO REYES-HERNANDEZ to discuss the

apprehension of the thirty-five aliens referred to in Overt Act 23 and future plans to re-smuggle the apprehended aliens back into the United States.

**Overt Act 26** On or about August 11, 2004, defendant LUIS CARLOS FIERRO telephoned defendant JESUS JOSE VENEGAS to discuss smuggling aliens into the United States and housing them at a hotel in El Paso, Texas.

**Overt Act 27** On or about August 11, 2004, defendant LUIS CARLOS FIERRO telephoned defendant JESUS JOSE VENEGAS to tell him "all was clear" at the hotel where the undocumented aliens were to be harbored.

**Overt Act 28** On or about August 12, 2004, defendant DANIEL NATIVIDAD RICO-ROSALES telephoned defendant LUIS CARLOS FIERRO to determine how many aliens would be moved through the checkpoint. During the conversation, defendant DANIEL NATIVIDAD RICO-ROSALES indicated the fee paid to Border Patrol Agents at the checkpoint for safe passage was $300 per alien and $1,000 per truck.

**Overt Act 29** On or about August 12, 2004, defendant LUIS CARLOS FIERRO telephoned defendant JORGE REYNA-CASTANEDA to inform him the fee for "safe passage" through the checkpoint would be $300 per alien and $1,000 per truck.

**Overt Act 30** On or about August 12, 2004, defendant LUIS CARLOS FIERRO telephoned defendant JESUS JOSE VENEGAS (aka Chuy) to discuss the amount they were charging for the transportation of aliens and the profit after expenses.

**Overt Act 31** On or about August 12, 2004, defendant LUIS CARLOS FIERRO telephoned defendant OFELIA MARQUEZ-CHAVEZ to discuss the amount owed to defendant DANIEL NATIVIDAD RICO-ROSALES and an unindicted coconspirator, as

well at the plan to pay the drivers.

<u>**Overt Act 32**</u> On or about August 13, 2004, defendant JESUS JOSE VENEGAS rented a hotel room in which to harbor six (6) illegal aliens.

<u>**Overt Act 33**</u> On or about August 13, 2004, defendant LUIS CARLOS FIERRO had a telephone conversation with an unindicted co-conspirator concerning whether to move undocumented aliens from the El Paso, Texas area through the Border Patrol checkpoint on Interstate 25 or through Truth or Consequences, New Mexico.

<u>**Overt Act 34**</u> On or about August 13, 2004, defendant LUIS CARLOS FIERRO telephoned defendant ARMANDO SOLANO-CRUZ concerning smuggling up to twelve (12) aliens the following day.

<u>**Overt Act 35**</u> On or about August 13, 2004, defendant LUIS CARLOS FIERRO telephoned defendant OFELIA MARQUEZ-CHAVEZ to discuss the movement of undocumented aliens. Defendant OFELIA MARQUEZ told defendant LUIS CARLOS FIERRO that she decided eighteen (18) aliens would stay in El Paso, Texas, thirteen (13) aliens would leave immediately, and two (2) would leave on August 15, 2004.

<u>**Overt Act 36**</u> On or about August 13, 2004, defendant LUIS CARLOS FIERRO telephoned defendant DANIEL NATIVIDAD RICO-ROSALES to discuss the number of aliens to be transported and the number of drivers it would take.

<u>**Overt Act 37**</u> On or about August 14, 2004, an undocumented alien, who was one of sixteen (16) aliens apprehended by Border Patrol and returned to Mexico, contacted defendant LUIS CARLOS FIERRO by telephone concerning being re-smuggled back into the United States. Defendant LUIS CARLOS FIERRO told the

undocumented alien to contact defendant MARIA LUISA CHAVEZ DE GONZALEZ to arrange for the purchase of bus tickets.

**Overt Act 38** On or about August 15, 2004, defendant OVIDIO RIOS-ATEHORTUA telephoned defendant LUIS CARLOS FIERRO, who instructed OVIDIO RIO-ATEHORTUA to start loading the undocumented aliens from the stash house. Defendant OVIDIO RIOS-ATEHORTUA, in a subsequent conversation, confirmed to defendant LUIS CARLOS FIERRO he had loaded the aliens. Defendant LUIS CARLOS FIERRO confirmed to defendant OVIDIO RIOS-ATEHORTUA that he should take Interstate 10 West "just like last week."

**Overt Act 39** On or about August 15, 2004, defendant LUIS CARLOS FIERRO telephoned defendant GABRIEL ALVAREZ-CARDENAS and instructed defendant GABRIEL ALVAREZ-CARDENAS to load up the undocumented aliens from an unknown location in the El Paso, Texas area because he had been informed by defendant EFRAIN TORRES-ARMENDARIZ the immigration checkpoint on Interstate 10 West was closed.

**Overt Act 40** On or about August 15, 2004, numerous telephone conversations occurred between defendants LUIS CARLOS FIERRO, GABRIEL ALVAREZ-CARDENAS, EFRAIN TORRES-ARMENDARIZ, CARLOS HUMBERTO REYES-HERNANDEZ, JORGE REYNA-CASTANEDA, OVIDIO RIOS-ATEHORTUA, JESUS JOSE VENEGAS, and OFELIA MARQUEZ during the course of and concerning the smuggling of undocumented aliens past the immigration checkpoint on Interstate 10 West.

**Overt Act 41** On or about August 15, 2004, defendant LUIS CARLOS FIERRO instructed defendant OVIDIO RIOS-ATEHORTUA (aka Michael) to erase all numbers from RIOS-ATEHORTUA's cell phone after RIOS-ATEHORTUA was stopped by Border Patrol Agents transporting undocumented aliens and to tell the Agents he was just giving the undocumented aliens a ride.

**Overt Act 42** On or about August 15, 2003, defendant LUIS CARLOS FIERRO had a telephone conversation with defendant ARMANDO SOLANO CRUZ concerning seventeen (17) undocumented aliens belonging to the organization which had been apprehended by Border Patrol that day, and the fact they needed to be re-smuggled into the United States after they were removed. Defendant LUIS CARLOS FIERRO instructed defendant ARMANDO SOLANO CRUZ to plan to smuggle twenty (20) to twenty-five (25) aliens into the United States on August 19, 2004.

**Overt Act 43** On or about August 17, 2004, defendant LUIS CARLOS FIERRO telephoned an unindicted co-conspirator concerning the smuggling of up to thirty-nine (39) undocumented aliens into the United States. During the conversation, they discussed whether the river was too high to cross pregnant ladies or if they might drown.

**Overt Act 44** On or about August 17, 2004, defendant OFELIA MARQUEZ telephoned defendant LUIS CARLOS FIERRO to discuss the smuggling of approximately eighteen (18) undocumented aliens through the Rio Grande River and the fact that two of the undocumented aliens were pregnant.

**Overt Act 45** On or about August 20, 2004, defendant LUIS FERNANDO

GONZALEZ-CHAVEZ transported and harbored approximately thirty-nine (39) aliens to a house in El Paso, Texas.

__Overt Act 46__ On or about August 21, 2004, defendants LUIS FERNANDO GONZALEZ-CHAVEZ, MARIA LUISA CHAVEZ DE GONZALEZ, and GABRIEL ALVEREZ-CARDENAS harbored forty-six (46) aliens at a residence in El Paso, Texas.

__Overt Act 47__ On or about August 27, 2004, defendant ARMANDO SOLANO-CRUZ telephoned defendant LUIS CARLOS FIERRO. During the conversation, defendant LUIS CARLOS FIERRO stated he was smuggling thirty-two (32) aliens into the United States.

__Overt Act 48__ On or about August 27, 2004, defendant LUIS CARLOS FIERRO telephoned defendant JESUS JOSE VENEGAS. Defendant JESUS JOSE VENEGAS informed defendant LUIS CARLOS FIERRO Border Patrol Agents had caught his smuggled group of undocumented aliens. Defendant LUIS CARLOS FIERRO then began to make arrangements to re-smuggle the aliens back into the United States after they were returned to Mexico.

__Overt Act 49__ On or about August 29, 2004, defendant EFRAIN TORRES-ARMENDARIZ telephoned defendant LUIS CARLOS FIERRO to inform defendant LUIS CARLOS FIERRO the checkpoint on Interstate 10 West was closed, thus "clear" to traffic aliens.

__Overt Act 50__ On or about August 29, 2004, defendant LUIS CARLOS FIERRO contacted defendant OFELIA MARQUEZ to inform her the checkpoint on Interstate 10 West was closed. Defendant OFELIA MARQUEZ instructed defendant LUIS

CARLOS FIERRO to move at least one specified undocumented alien.

**Overt Act 51** On or about August 29, 2004, defendant OFELIA MARQUEZ-CHAVEZ and defendant REBECCA ZEPEDA-CHAVEZ had several telephone conversations concerning the transportation of certain undocumented aliens into the interior of the United States.

**Overt Act 52** On or about August 29, 2004, defendant GABRIEL ALVAREZ-CARDENAS, along with other unindicted co-conspirators, transported numerous undocumented aliens to Arizona.

**Overt Act 53** On or about August 30, 2004, defendant OFELIA MARQUEZ-CHAVEZ had a conversation with defendant BRENDA HERNANDEZ-MONTOYA concerning her (HERNANDEZ-MONTOYA's) concerns about transporting seven (7) undocumented aliens for the organization that day.

**Overt Act 54** On or about August 30, 2004, defendant OFELIA MARQUEZ-CHAVEZ had a telephone conversation with defendant OSVALDO VILLALBA-ESPARZA concerning the smuggling of eleven (11) aliens into the United States.

**Overt Act 55** On or about August 30, 2004, defendant OFELIA MARQUEZ-CHAVEZ directed defendant REBECA ZEPEDA-CHAVEZ to pick up undocumented aliens belonging to defendant OSVALDO VILLALBA-ESPARZA at a location in El Paso, Texas after they were crossed illegally into the United States.

**Overt Act 56** On or about August 30, 2004, defendant OSVALDO VILLALBA-ESPARZA transported six (6) undocumented aliens from Chicago, Illinois to Maumee, Ohio.

Overt Act 57 On or about September 2, 2004, defendant JESUS JOSE VENEGAS (aka Chuy) smuggled six (6) undocumented aliens illegally into the United States.

Overt Act 58 On or about September 2, 2004, defendant LUIS CARLOS FIERRO telephoned defendant JESUS JOSE VENEGAS to discuss the apprehension of the six (6) aliens referred to in Overt Act 57, and to discuss a previous smuggling operation involving twenty (20) undocumented aliens.

Overt Act 59 On or about September 1, 2004, defendant REBECA ZEPEDA-CHAVEZ telephoned defendant GABRIEL ALVAREZ-CARDENAS to discuss the needs of aliens being harbored by the organization at a location in El Paso, Texas.

Overt Act 60 On or about September 2, 2004, defendant GABRIEL ALVAREZ-CARDENAS telephoned defendant OFELIA MARQUEZ-CHAVEZ to discuss purchasing groceries for the aliens being harbored by the organization at a location in El Paso, Texas.

Overt Act 61 On or about September 3, 2004, defendant LUIS CARLOS FIERRO telephoned defendant GABRIEL ALVAREZ-CARDENAS to discuss the picking up of undocumented aliens at a location in El Paso, Texas and transporting them to a safe house.

Overt Act 62 On or about September 3, 2004, defendants JESUS JOSE VENEGAS had a telephone conversation with defendant LUIS CARLOS FIERRO to discuss the transportation of six (6) undocumented aliens to be harbored by defendant GABRIEL ALVAREZ-CARDENAS.

Overt Act 63 On or about September 3, 2004, defendant LUIS CARLOS FIERRO

had a conversation with an unindicted co-conspirator regarding meeting with defendant GABRIEL ALVAREZ-CARDENAS to coordinate the transfer of one (1) undocumented alien to defendant GABRIEL ALVAREZ-CARDENAS.

**Overt Act 64** On or about September 3, 2004, defendant JOSEPHINA ALVAREZ-CARDENAS telephoned defendant LUIS CARLOS FIERRO to confirm there were at least four (4) aliens belonging to the organization being harbored at a location in El Paso, Texas, who would be moved the following day.

**Overt Act 65** On or about September 3, 2004, defendant LUIS CARLOS FIERRO contacted defendant OFELIA MARQUEZ-CHAVEZ to discuss the use of defendant JOSE GUADALUPE VILLANUEVA-CARREON to perform scouting operations of the immigration checkpoints.

**Overt Act 66** On or about September 3, 2004, defendant GABRIEL ALVAREZ-CARDENAS telephoned defendant OFELIA MARQUEZ-CHAVEZ to discuss which of the eighteen (18) aliens being harbored by him should be transported from El Paso, Texas. During the conversation, defendant OFELIA MARQUEZ-CHAVEZ instructed defendant GABRIEL ALVAREZ-CARDENAS to take the lady with the children and five (5) other undocumented aliens.

**Overt Act 67** On or about September 3, 2004, defendant GABRIEL ALVAREZ-CARDENAS attempted to transport ten (10) undocumented aliens from El Paso, Texas into the interior of United States.

**Overt Act 68** On or about September 3, 2004, defendant LUIS CARLOS FIERRO confirmed with an unindicted co-conspirator there were ten (10) aliens which had

not been transported and were still being harbored at a location in El Paso, Texas.

**Overt Act 69** On or about September 3, 2004, defendant OFELIA MARQUEZ-CHAVEZ contacted defendants LUIS FERNANDO GONZALEZ-CHAVEZ and REBECA ZEPEDA-CHAVEZ to have them lock the doors to the house where the aliens were being harbored and turn out the lights because one of the drivers (defendant GABRIEL ALVAREZ-CARDENAS) had been arrested.

**Overt Act 70** On or about September 3, 2004, defendants OFELIA MARQUEZ-CHAVEZ and LUIS CARLOS FIERRO discussed recent difficulties with transportation operations and the need to plan better.

**Overt Act 71** On or about September 4, 2004, defendants LUIS CARLOS FIERRO and REBECA ZEPEDA-CHAVEZ had a conversation concerning re-smuggling the aliens which had been caught with defendant GABRIEL ALVAREZ-CARDENAS back into the United States.

**Overt Act 72** On or about September 15, 2004, defendant OFELIA MARQUEZ-CHAVEZ directed defendant REBECA ZEPEDA-CHAVEZ to take an unindicted co-conspirator to buy groceries for eleven (11) aliens being harbored at a house in El Paso, Texas.

**Overt Act 73** On or about September 24, 2004, defendant LUIS CARLOS FIERRO had a telephone conversation with an unindicted co-conspirator concerning seven (7) aliens being harbored at a location in El Paso, Texas.

**Overt Act 74** On or about September 28, 2002, defendants OFELIA MARQUEZ-CHAVEZ and REBECA ZEPEDA-CHAVEZ had a conversation concerning the

purchase of items needed by undocumented aliens being harbored at a location in El Paso, Texas before they were smuggled to California.

**Overt Act 75** On or about September 28, 2004, defendant LUIS FERNANDO GONZALEZ-CHAVEZ harbored ten (10) undocumented aliens at a residence in El Paso, Texas.

**Overt Act 76** On or about September 28, 2003, defendants OFELIA MARQUEZ-CHAVEZ and LUIS CARLOS FIERRO discussed the re-smuggling of aliens back into the United States who previously were apprehended and the preparation of a new house in which to harbor them.

**Overt Act 77** On or about September 30, 2004, defendant REBECA ZEPEDA-CHAVEZ telephoned defendant LUIS CARLOS FIERRO to discuss her attempt to transfer a group of undocumented aliens at a McDonalds restaurant in El Paso, Texas.

**Overt Act 78** On or about September 30, 2004, defendants JESUS JOSE VENEGAS telephoned LUIS CARLOS FIERRO to inform him defendant REBECA ZEPEDA-CHAVEZ left two (2) undocuments aliens at a McDonalds restaurant.

**Overt Act 79** On or about September 30, 3004, defendant OFELIA MARQUEZ-CHAVEZ telephoned an unindicted co-conspirator who informed defendant OFELIA MARQUEZ-CHAVEZ three (3) aliens would be transported by being co-mingled in with a shipment of tires in a tractor-trailer. During the same conversation, OFELIA MARQUEZ-CHAVEZ requested the unindicted co-conspirator to inform her of any transportation operations going to Dallas, Texas.

__Overt Act 80__ On or about September 30, 2004, defendant REBECA ZEPEDA-CHAVEZ telephoned defendant OFELIA MARQUEZ-CHAVEZ to tell her defendant OSVALDO VILLALBA-ESPARZA knew of a truck driver going to Los Angeles, California who was willing to take undocumented aliens. Defendants ZEPEDA-CHAVEZ and MARQUEZ-CHAVEZ discussed which aliens being harbored by the organization should be sent. Finally, defendant MARQUEZ-CHAVEZ instructed defendant ZEPEDA-CHAVEZ to use the money given to her by defendant LUIS CARLOS FIERRO to pay the truck driver.

__Overt Act 81__ On or about September 30, 2004, defendant OFELIA MARQUEZ-CHAVEZ contacted defendant REBECA ZEPEDA-CHAVEZ to have her take two (2) aliens to meet a truck driver at the Petro Truck Stop in Anthony, Texas and to try and persuade the driver to accept $400 per aliens.

__Overt Act 82__ On or about October 1, 2004, defendants JOSE GUADALUPE VILLANEUEVA (aka Pepe) and OFELIA MARQUEZ-CHAVEZ discussed the harboring of a group of undocumented aliens who were at a residence in El Paso, Texas, but were not answering her telephone calls.

__Overt Act 83__ On or about October 1, 2004, defendant OFELIA MARQUEZ-CHAVEZ agreed to supply food to approximately thirty (30) undocumented aliens being harbored by REBECA ZEPEDA-CHAVEZ and an unindicted co-conspirator at a residence in El Paso, Texas.

__Overt Act 84__ On or about October 1, 2004, defendant OFELIA MARQUEZ-CHAVEZ instructed an unindicted co-conspirator to have certain smuggling fees sent to

MARQUEZ-CHAVEZ via Western Union.

**Overt Act 85** On or about October 3, 2004, defendants OFELIA MARQUEZ-CHAVEZ and REBECA ZEPEDA-CHAVEZ discussed the acquisition of a new rental home to be used to harbor aliens.

**Overt Act 86** On or about October 4, 2004, defendants OFELIA MARQUEZ-CHAVEZ and JOSE GUADALUPE VILLANUEVA discussed the purchase of a 1994 Isuzu Rodeo to be used to transport undocumented aliens.

**Overt Act 87** On or about October 6, 2004, defendant REBECA ZEPEDA-CHAVEZ, at the direction of defendant OFELIA MARQUEZ-CHAVEZ, harbored thirty-three (33) aliens at a residence in El Paso, Texas.

**Overt Act 88** On or about October 6, 2004, defendants OSVALDO VILLALBA-ESPARZA and OFELIA MARQUEZ-CHAVEZ discussed the transportation of four (4) aliens to Albuquerque, New Mexico.

**Overt Act 89** On or about October 6, 2004, defendants LUIS CARLOS FIERRO and OFELIA MARQUEZ-CHAVEZ discussed a new method of operations, that is bringing in only small numbers of undocumented aliens at one time due to the number of apprehensions which had been occurring.

**Overt Act 90** On or about October 6, 2004, defendant OFELIA MARQUEZ-CHAVEZ had a conversation with an unindicted co-conspirator that three truck drivers, who had arrived that day, would be transporting two (2) undocumented aliens each, and would be transporting an additional six (6) aliens the following week.

**Overt Act 91** On or about October 7, 2004, defendants OFELIA MARQUEZ-

CHAVEZ and OSVALDO VILLALBA-ESPARZA (aka Jarocho) discussed embarking on a new smuggling scheme moving smaller amounts of undocumented aliens more often.

All done in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v) and (B)(i).

**COUNT TWO**
**(8 U.S.C. § 1324(a)(1)(A)(iv) - Encouraging and Inducing Aliens)**
**(18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury incorporates by reference and realleges the allegations and Overt Acts contained in Count One as though fully set forth herein.

Beginning on or about June 20, 2002, and continuing to the date of this indictment, within the Western District of Texas and elsewhere, defendants,

**OFELIA MARQUEZ (aka Ofelia Deal),**
**LUIS CARLOS FIERRO (aka Guero),**
**MARIA LUISA CHAVEZ DE GONZALEZ,**
**MARIANO RODRIGUEZ-ARROYO,**
**YOLANDA MONDRAGON (aka Yolanda Garcia),**
**CARLOS HUMBERTO REYES-HERNANDEZ (aka Mauricio), and**
**OSVALDO VILLALBA-ESPARZA (aka Jarocho)**

aided and abetted by each other, did knowingly encourage and induce aliens to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was or would be in violation of law, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)1(A)(iv) and Title 18, United States Code, Section 2.

**COUNT THREE**
**(8 U.S.C. § 1324(a)(1)(A)(ii) - Transporting Aliens)**
**(18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury incorporates by reference and realleges the allegations and Overt Acts contained in Count One as though fully set forth herein.

Beginning on or about June 2, 2002, and continuing to the date of this indictment, within the Western District of Texas and elsewhere, defendants

**OFELIA MARQUEZ-CHAVEZ (aka Ofelia Deal),**
**LUIS CARLOS FIERRO (aka Guero),**
**MARIA LUISA CHAVEZ DE GONZALEZ,**
**LUIS FERNANDO GONZLEZ-CHAVEZ,**
**GABRIEL ALVAREZ-CARDENAS (aka Gabby),**
**OVIDIO RIOS ATEHORTUA,**
**BRENDA ISABEL HERNANDEZ-MONTOYA,**
**TITO ROMULADO HERNANDEZ,**
**ARMANDO SOLANO-CRUZ,**
**JORGE ANTONIO REYNA-CASTANEDA (aka Shorty),**
**JOSE GUADALUPE VILLANUEVA,**
**EFRAIN TORRES-ARMENDARIZ, and**
**DANIEL NATIVIDAD RICO**

aided and abetted by each other, did knowingly or in reckless disregard of the fact that certain aliens had come to, entered, or remained in the United States in violation of law, transport, move, and attempt to transport and move, such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

**<u>COUNT FOUR</u>**
**(8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring Aliens)**
**(18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury incorporates by reference and realleges the allegations and Overt Acts contained in Count One as though fully set forth herein.

Beginning on or about June 2, 2002, and continuing to the date of this indictment, within the Western District of Texas and elsewhere, defendants

**OFELIA MARQUEZ-CHAVEZ (aka Ofelia Deal),**
**LUIS CARLOS FIERRO (aka Guero),**
**MARIA LUIS CHAVEZ DE GONZALES,**
**JESUS JOSE VENEGAS (aka Chuy),**
**REBECA ZEPEDA DE CHAVEZ,**
**JOSE ERASAMO IBANEZ-RODRIGUEZ (aka Magallanes),**
**JOSEPHINA ALVAREZ-CARDENAS, and**
**LIZBETT VARGAS-CHAVEZ**

aided and abetted by each other, knowingly and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection, and attempt to conceal harbor and shield from detection, such aliens in any place, including any building and any means of transportation.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

**<u>COUNT 5</u>**
**(18 U.S.C. § 1956(h) - Money Laundering Conspiracy)**

The Grand Jury incorporates by reference and realleges the allegations and Overt Acts contained in Count One as though fully set forth herein.

Beginning on or about June 20, 2002 and continuing to the date of this indictment, in the Western District of Texas and elsewhere, defendants,

**OFELIA MARQUEZ (aka Ofelia Deal),**
**LUIS CARLOS FIERRO,**
**CAROLINA OLIVARES-OCHOA,**
**MARIA LUISA CHAVEZ-DE GONZALEZ,**
**JAMES CAMPOS-VASQUEZ (aka Jimmy),**

**JOSE GUADALUPE VILLANUEVA-CARREON (aka Pepe),
OSVALDO VILLALBA-ESPARZA (aka Jarocho),
MARIA ESTHER COHEN DE FOSTER,
JESUS GUADALUPE YANEZ (aka Don Lupe), and
JESUS GONZALEZ-SORIANA (aka Chuy)**

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit:

(a) knowing that the property involved in financial transactions represented the proceeds of some unlawful activity, to conduct and attempt to conduct financial transactions which, in fact, involved the proceeds of a specified unlawful activity, to wit: alien smuggling in violation of Title 8, United State Code, Section 1324, with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) knowing that the property involved in financial transactions represented the proceeds of some unlawful activity, to conduct and attempt to conduct financial transactions which, in fact, involved the proceeds of a specified unlawful activity, to wit: alien smuggling in violation of Title 8, United State Code, Section 1324, knowing that the financial transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership or the control of the proceeds of a specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(1); and

(c) to transport, transmit, and transfer, and attempt to transport, transmit and

transfer, monetary instruments and funds to a place in the United States from or through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, to wit: alien smuggling in violation of Title 8, United State Code, Section 1324, in violation of Title 18, United States Code, Section 1956(a)(2)(A);

All in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL

______________________
Foreperson

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: ______________________
Assistant United States Attorney